DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 JUNE 2017

| | | | |
|---|---|---|---|
| 003P17 | Kelly F. Lewis, Employee v. Transit Management of Charlotte, Employer, Self-Insured (Compensation Claims Solutions, Third-Party Administrator) | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA16-69) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. — |
| | | 3. Joint Motion for Leave to Withdraw Petitions for Discretionary Review | 3. Allowed |
| 007P17 | In the Matter of J.A.M. | 1. Petitioner's PDR Under N.C.G.S. § 7A-31 (COA16-563) | 1. Allowed |
| | | 2. Petitioner's Motion for Temporary Stay | 2. Allowed **01/10/2017** |
| | | 3. Petitioner's Petition for *Writ of Supersedeas* | 3. Allowed |
| 015P16-2 | State v. Jose Luis Dominguez | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of the COA (COA16-919) | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot **Jackson, J., recused** |
| 023P17 | Dawson F. Neckles v. Harris Teeter and Travelers | Defs' PDR Under N.C.G.S. § 7A-31 (COA16-569) | Special Order |
| 034P17 | Danny Keith Hopper, Employee v. Charlton L. Allen, Chairman, The North Carolina Industrial Commission | 1. Petitioner's PDR Under N.C.G.S. § 7A-31 (COAP16-921) | 1. Dismissed |
| | | 2. Petitioner's Petition in the Alternative for *Writ of Certiorari* to Review Order of COA | 2. Denied |
| | | 3. Petitioner's Motion for Writ of Prohibition | 3. Denied |
| | | 4. Petitioner's Motion for Addendum to PDR, Petition for *Writ of Certiorari* and Motion for Writ of Prohibition | 4. Dismissed as moot |
| 049P17 | William G. Larsen and Robert Stephen Allen v. The Arlington Condominium Owners Association, Inc. and Arlington Residential Holdings, LLC | Def's (The Arlington Condominium Owners Association, Inc.) PDR Under N.C.G.S. § 7A-31 (COA16-618) | Denied |